IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD L. DAVIS,**

    **Plaintiff,**

**v.**

**THE PURDUE PHARMA COMPANY,**
**PURDUE PHARMA, L.P.,**
**PURDUE PHARMA INC.,**
**PURDUE FREDERICK COMPANY,**
**THE P.F. LABORABORIES, INC.,**
**MALLINCKRODT, INC.,**

    **Defendants.**                                  Case No.  05-cv-689-DRH

## ORDER

**HERNDON, District Judge:**

Pursuant to the Motion of Plaintiff, agreed upon by all Defendants herein, this Court hereby **GRANTS** the Unopposed Motion to Stay Proceedings (Doc. 32) and the case is hereby **STAYED** as to the Plaintiff and Defendant, the Purdue Pharma Company, Purdue Pharma L.P., Purdue Pharma Inc., Purdue Frederick Company, the P.F. Laboratories, Inc., and Mallinckrodt, Inc., until **December 30, 2006**. With respect to existing deadlines, if any, they are hereby continued and shall not be applicable until further order of this Court.

**IT IS SO ORDERED.**

Signed this 17th day of November, 2006.

                                                      /s/       David   RHerndon
                                                      **United States District Judge**