IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD L. DAVIS,**

    **Plaintiff,**

v.

**THE PURDUE PHARMA COMPANY,**
**PURDUE PHARMA L.P.,**
**PURDUE PHARMA INC.,**
**PURDUE FREDERICK COMPANY,**
**THE P.F. LABORATORIES, INC.,**
**and MALLINCKRODT, INC.,**

    **Defendants.**　　　　　　　　　　**Case No. 05-CV-689-DRH**

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

    Now before the Court is the parties' stipulation for dismissal with prejudice (Doc. 34). Based on the parties' stipulation, the Court **DISMISSES with prejudice** this case with each party to bear its own costs. The Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

    **IT IS SO ORDERED.**

    Signed this 22nd day of January, 2007.

    /s/      David RHerndon
**United States District Judge**